JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
Scan Only ___

**CASE NO.:** CV 09-01483 SJO (PLAx)   **DATE:** August 20, 2009

**TITLE:** <u>Charlotte Spadaro v. Office of District Attorney of the County of San Bernardino, et al.</u>

========================================================================
**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Paul Cruz                           Not Present
Courtroom Clerk                            Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF:**         **COUNSEL PRESENT FOR DEFENDANTS:**

Not Present                                Not Present

========================================================================
**PROCEEDINGS (in chambers):**
ORDER DENYING PLAINTIFF'S REQUEST TO STAY AND/OR ENJOIN STATE CRIMINAL PROCEEDINGS

     This matter is before the Court on pro se Plaintiff Charlotte Spadaro's Complaint.[1] In the Complaint, Spadaro states that she faces a criminal trial in state court on August 24, 2009. (Compl. ¶ 2.) As the Complaint seeks to enjoin the trial, which is scheduled to begin in four days, the Court construes it as a request for emergency injunctive relief.

     In the Complaint, Spadaro asks the Court to order Defendant Office of the District Attorney of the County of San Bernardino to: (1) "provide the requisite specificity of criminal charges for Plaintiff's criminal case, so that Plaintiff may properly prepare," and to (2) "provide all evidence in their possession relating to Plaintiff, and relating to their own conduct relative to Plaintiff's case." *Id.* ¶¶ 64, 67. Spadaro asks this Court to stay the state court proceeding pending a hearing on her Complaint in this Court. *Id.* ¶ 69.

     Spadaro has provided the Court with no legal basis on which to grant the relief sought. Moreover, federal courts "may not grant an injunction to stay proceedings in a State court except as expressly authorized by Act of Congress, or where necessary in aid of its jurisdiction, or to protect or effectuate its judgments." 28 U.S.C. § 2283. In addition, equitable principles dictate that absent a showing of "bad faith, harassment, or any other unusual circumstance," federal courts should abstain from enjoining state criminal proceedings. *Younger v. Harris*, 401 U.S. 37, 54 (1971). As Spadaro has cited no statute which authorizes this court to enjoin the state proceedings, and has made no showing of bad faith, harassment, or other unusual circumstances, the Court DENIES her request.

     IT IS SO ORDERED.

---

[1] Spadaro has provided no proof of service or other indication that Defendant has been served with the Complaint.

MINUTES FORM 11                                                    ___ : ___
CIVIL GEN                      Page 1 of 1                    Initials of Preparer _____